UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Boanerges Redman

     v.                                    Case No. 1:13-fp-206

State of NH, et al

O R D E R

After due consideration of the [8] Response/objection filed, I herewith approve the [7] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 16, 2013.

It is hereby ordered that the fee waiver motion (doc. no. 3) is denied without prejudice. The plaintiff must pay the filing fee and the administrative fee (totaling $400) or file a completed in forma pauperis application within thirty days of this order to prevent his complaint from being dismissed without prejudice.

    SO ORDERED.

                                            /s/ Joseph N. Laplante
                                            Joseph N. Laplante
                                            Chief Judge

Date: May 21, 2013

cc:  John Boanerges Redman, pro se