UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Boanerges Redman</u>

    v.                                            Case No. 1:13-fp-206

<u>State of New Hampshire, et al</u>


**<u>O R D E R</u>**

Given that the filing fee has not been paid and an In Forma Pauperis application has not been filed in accordance with the court's order dated May 21, 2013, the clerk's office is hereby directed to terminate and close the case without prejudice to the plaintiff re-filing his complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules. The plaintiff's Demand for Current Status/Notice of Appeal dated June 20, 2013 will be docketed pursuant to Fed. R. App. P. 3 and LR 4.4.

    SO ORDERED.

                                            <u>/s/ Joseph N. Laplante</u>
                                            Joseph N. Laplante
                                            Chief Judge

Date: June 27, 2013

cc: John Boanerges Redman, pro se